# United States District Court
# District of New Jersey

February 22, 2018

## <u>LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT</u>

Re:   M. Miller & Son, LLC.  v. Innervision, LLC.
Civil No.   18-448 (JMV)

Dear Counsel,

Our records indicate that a proof of service has been filed in this civil action and that the time for defendant(s) to answer has expired.  You are hereby directed to move this civil action, by requesting that a ***<u>default and default judgment</u>*** be entered or submitting an extension to answer out of time, within twenty (20) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on  March 15, 2018.**

**SO ORDERED**

 /s/ John Michael Vazquez
JOHN MICHEAL VAZQUEZ, U.S.D.J.